**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLORADO**

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2014 JUN 27  PM 2: 58

_____ P. COLWELL
CLERK

BY_____ DEP. CLK

Civil Action No. 1:13-cv-03358-YED-MEH

MALIBU MEDIA, LLC,

      Plaintiff,

v.

JUSTIN WINKLER,

      Defendant.

_____/

**ANSWER**

Defendant Winkler answers the complaint as follows:

1. Admits.

2. Denies.

3. Admits.

4. Admits.

5. Denies sufficient information upon which to form a belief.

6. Denies sufficient information upon which to form a belief.

7. Admits.

8. Admits.

9. Admits.

10. Denies sufficient information upon which to form a belief.

11. Denies sufficient information upon which to form a belief.

12. Denies sufficient information upon which to form a belief.

13. Denies sufficient information upon which to form a belief.

14. Denies sufficient information upon which to form a belief.

15. Denies sufficient information upon which to form a belief.

16. Denies sufficient information upon which to form a belief.

17. Denies sufficient information upon which to form a belief.

18. Denies sufficient information upon which to form a belief.

19. Denies.

20. Denies sufficient information upon which to form a belief.

21. Denies sufficient information upon which to form a belief.

22. Denies sufficient information upon which to form a belief.

23. Admits.

24. Denies.

25. Denies sufficient information upon which to form a belief.

26. Denies.

27. Denies.

28. Admits.

29. Admits.

30. Admits.

31. Admits.

32. Denies.

33. Admits.

34. Denies.

35. Denies.

Dated: June 23, 2014

Respectfully Submitted,
By: /s/Justin Winkler
Justin Winkler
Justin.winkler@yahoo.com
117 W. Byers Pl., #8
Denver, CO 80223
Phone: 303-842-8459
*Defendant*