IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03358-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JUSTIN WINKLER,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 21, 2014.**

    Plaintiff's Motion for Entry of a [Stipulated] Protective Order [filed November 21, 2014; docket #39] is **denied without prejudice**, and the proposed Stipulated Protective Order is refused.

    The parties are granted leave to submit a revised proposed protective order consistent with *Gillard v. Boulder Valley Sch. Dist.*, 196 F.R.D. 382 (D. Colo. 2000), in which the Court requires a proper mechanism by which the parties may challenge the designation of information as confidential.  *See id.* at 388-89.

    Also, the Court will reject any request to retain continuing jurisdiction over an action that has been closed.