IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03358-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JUSTIN WINKLER,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 24, 2014.**

    Plaintiff's Renewed Motion for Entry of a [Stipulated] Protective Order [filed November 21, 2014; docket #42] is **granted**.  The proposed Stipulated Protective Order is accepted and filed contemporaneously with this minute order.